| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x<br>**PABLO GARCIA,**<br>　　　　　　　　　　**Petitioner,**<br>　　　　　-against-<br>**J. COLLADO,**<br>　　　　　　　　　　**Respondent.**<br>------------------------------------------------------------ x | : : : : : : : : : : : | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Jan. 25, 2022<br><br>**1:21-cv-7879 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Respondent's letter consenting to Petitioner's requested extension, the Court grants Petitioner's request and extends Petitioner's time to file a reply by 90 days. Petitioner's reply is accordingly due by **Friday, April 15, 2022**.

The Clerk of Court is respectfully directed to serve a copy of this order upon pro se Petitioner.

**SO ORDERED.**

Dated:　**January 25, 2022**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**