UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
PABLO GARCIA,                                           :
                                                        :
                              Petitioner,               :
                                                        :
              -against-                                 :
                                                        :
J. COLLADO,                                             :
                                                        :
                              Respondent.               :
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 9, 2022

1:21-cv-7879 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As Petitioner has not exhausted his state-court remedies and in light of Petitioner's pending state actions, the Court stays this case and dismisses the petition without prejudice to refiling once he has exhausted his state-court remedies. The Court grants Petitioner leave to submit an amended petition within 30 days after all claims in the Petition have been fully exhausted. The parties shall submit a status update within 60 days from the date of this order regarding the status of the state proceedings.

The Clerk of Court is respectfully directed to serve a copy of this order upon pro se Petitioner.

**SO ORDERED.**

Dated:   August 9, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**