UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO GARCIA,<br><br>        Petitioner,<br><br>  -against-<br><br>J. COLLADO,<br><br>        Respondent. | 21-CV-7879 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Petitioner's letter at ECF No. 22 providing an update regarding his state court appeal.  The stay in this case is CONTINUED.  Petitioner is directed to file an additional status report by **April 3, 2023.**

**Dated:  January 26, 2023**
    New York, New York

                        **ANDREW L. CARTER, JR.**
                         **United States District Judge**