UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO GARCIA,

                Petitioner,

    -against-                        21-CV-7879 (ALC)

J. COLLADO,                             **ORDER**

                Respondent.

**ANDREW L. CARTER, JR., United States District Judge:**

    Petitioner is directed to file an additional status report regarding his state court appeal by June 26, 2023.

**Dated:**  May 26, 2023
        New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**