UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO GARCIA, <br><br>      Petitioner, <br><br> -against- <br><br> J. COLLADO, <br><br>      Respondent. | 21-CV-7879 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Petitioner's letter at ECF No. 25. Petitioner is directed to file a further status report regarding his appeal by **September 26, 2023**. Respondent is directed to file a letter responding to Petitioner's request to reserve the right to amend his petition upon decision of his C.P.L. § 440.10 application by **July 27, 2023.**

Dated: July 13, 2023
    New York, New York

                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**